292 So.2d 463

**In re Clarence E. BONNER, III**

**v.**

**STATE.**

**Ex parte Clarence E. Bonner, III.**

**SC 708.**

Supreme Court of Alabama.

March 28, 1974.

Campbell W. Glover, Jr., Guntersville, for petitioner.

No brief for the State.

MADDOX, Justice.

Petition of Clarence E. Bonner, III, for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Bonner v. State, 52 Ala.App. 346, 292 So.2d 460.

Writ denied.

HEFLIN, C. J., and MERRILL and COLEMAN, JJ., and LAWSON, Supernumerary Judge, concur.